864 F.2d 795
 Parker (Calvin L.), Childers (Gene), Copeland (Maple),
Goodman (Will), Grant (Nathaniel), Loveless (Thomas Ray),
Pierce (Ruben), Pressley (Joe), Weatherspoon (Virgil Lee) on
Behalf of hourly wage employees at Connors Steel Company, by
United Steelworkers of America, AFl-CIO, Local Union No. 2250
v.
Connors Steel Co., H.K. Porter Co., Inc., United
Steelworkers of America, AFL- CIO, Statum (Carl),
Kimbrell (Tom), Norman (James)
 NO. 87-7607
 United States Court of Appeals,
Eleventh Circuit.
 DEC 14, 1988
 Appeal From: N.D.Ala., 855 F.2d 1510
 
 1
 DENIALS OF REHEARING EN BANC.